```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23080
    SANTIAGO A RIVERA
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8032


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/09/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 02/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
HSBC BANK USA               NOTICE ONLY     NOT FILED            .00            .00
AMERICAS SERVICING COMPA    CURRENT MORTG        .00             .00            .00
AMERICAS SERVICING COMPA    MORTGAGE ARRE    28950.00            .00            .00
BENEFICIAL ILLINOIS INC     CURRENT MORTG        .00             .00            .00
BENEFICIAL ILLINOIS INC     SECURED NOT I     4052.00            .00            .00
AMERICAN GENERAL FINAN      SECURED VEHIC      417.00            .00            .00
AMERICAN GENERAL FINAN      UNSECURED       NOT FILED            .00            .00
CODILIS & ASSOCIATES        NOTICE ONLY     NOT FILED            .00            .00
COUNTRYWIDE HOME LOANS      CURRENT MORTG        .00             .00            .00
COUNTRYWIDE HOME LOANS      SECURED NOT I    48239.05            .00            .00
COUNTRYWIDE HOME LOANS I    UNSECURED       NOT FILED            .00            .00
HOME LOAN SERVICES INC      CURRENT MORTG        .00             .00            .00
HOME LOAN SERVICES INC      SECURED NOT I    14120.34            .00            .00
FIRST FRANKLIN FINANCIAL    SECURED NOT I   NOT FILED            .00            .00
FISHER & SHAPIRO            NOTICE ONLY     NOT FILED            .00            .00
FRANKLIN CREDIT MANAGEME    CURRENT MORTG        .00             .00            .00
FRANKLIN CREDIT MANAGEME    MORTGAGE ARRE     9300.00            .00            .00
FRANKLIN CREDIT MANAGEME    UNSECURED       NOT FILED            .00            .00
HOME LOANS SERVICES INC     NOTICE ONLY     NOT FILED            .00            .00
HOME LOAN SERVICES INC      NOTICE ONLY     NOT FILED            .00            .00
AMERICAN COLLECTION         UNSECURED       NOT FILED            .00            .00
BALLYS TOTAL FITNESS        UNSECURED       NOT FILED            .00            .00
CHASE                       UNSECURED       NOT FILED            .00            .00
FIRST PREMIER BANK          UNSECURED       NOT FILED            .00            .00
HARVARD COLLECTION SERVI    UNSECURED       NOT FILED            .00            .00
ILLINOIS COLLECTION SE      UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED        1953.94             .00            .00
COUNTRYWIDE HOME LOANS      CURRENT MORTG        .00             .00            .00
COUNTRYWIDE HOME LOANS      SECURED NOT I    10674.60            .00            .00
HOME LOAN SERVICES INC      CURRENT MORTG        .00             .00            .00
HOME LOAN SERVICES INC      SECURED NOT I    51115.46            .00            .00
BENJAMIN LEGAL SERVICES     DEBTOR ATTY          .00                            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23080 SANTIAGO A RIVERA
```

```
TOM VAUGHN                    TRUSTEE                                          .00
DEBTOR REFUND                 REFUND                                           .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         ---------------       ---------------
TOTALS                        .00                      .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 05/23/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE